# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTHOLOMEW POWELL, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>STERICYCLE, INC., a Delaware corporation; STERICYCLE SPECIALTY WASTE SOLUTIONS, INC., a Delaware corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>   Defendant. | Case No: 4:18-CV-05117 - HSG<br><br>**ORDER GRANTING DEFENDANT STERICYCLE'S ADMINISTRATIVE MOTION TO MAKE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference Date**<br>Date:  December 4, 2018<br>Time:  2:00 p.m.<br>Courtroom: 2 |

It is hereby Ordered that Thomas R. Kaufman, attorney for Defendants may appear via telephone for the Case Management Conference currently set for December 4, 2018 at 2 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date: November 16 , 2018

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.