Rob Hennig (State Bar No. 174646)
Brandon Ruiz (State Bar No. 264603)
Sam Brown (State Bar No. 308558)
Hennig Ruiz & Singh
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301
Fax: (213) 310-8302

Attorneys for Plaintiff BARTHOLOMEW POWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTHOLOMEW POWELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STERICYCLE, INC., a Delaware corporation; STERICYCLE SPECIALTY WASTE SOLUTIONS, INC., a Delaware corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 4:18:cv-05117-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE**<br><br>**Case Management Conference:**<br>Date: March 12, 2019<br>Time: 2:00 p.m.<br>Crtrm: 2 |

It is hereby Ordered that Sam Brown, attorney for Plaintiff may appear via telephone for the Further Case Management Conference currently set for March 12, 2019 at 2 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date: February 20, 2019

The Hon. Haywood S. Gilliam, Jr.

1

ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE