UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTHOLOMEW POWELL, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>STERICYCLE, INC., a Delaware corporation; STERICYCLE SPECIALTY WASTE SOLUTIONS, INC., a Delaware corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>       Defendant. | Case No: 4:18-CV-05117 - HSG<br><br>**ORDER GRANTING DEFENDANT STERICYCLE'S ADMINISTRATIVE MOTION TO MAKE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference Date**<br>Date:        March 12, 2019<br>Time:        2:00 p.m.<br>Courtroom:  2 |

It is hereby Ordered that Michael Campbell, attorney for Defendants may appear via telephone for the Case Management Conference currently set for March 12, 2019 at 2 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date: February 21, 2019

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.