# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTHOLOMEW POWELL, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STERICYCLE, INC., a Delaware corporation; STERICYCLE SPECIALTY WASTE SOLUTIONS, INC., a Delaware corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendant. | Case No: 4:18-CV-05117 - HSG<br><br>**ORDER TO DISMISS ENTIRE CIVIL ACTION, WITH PREJUDICE** |

IT IS ORDERED that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned civil action is hereby dismissed in its entirety, with prejudice, with each party bearing its or his own attorneys' fees and costs.

IT IS SO ORDERED.

Date: June 5, 2019　　　　　　　*Haywood S. Gilliam Jr.*

　　　　　　　　　　　　　　　The Honorable Haywood S. Gilliam, Jr.